**Order entered October 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00649-CV

**B.C., Appellant**

**V.**

**STEAK N SHAKE OPERATIONS, INC., Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-02686-2012**

## ORDER

Further review of the record in this case shows that the appellants have filed an agreed clerk's record that is not certified by the trial court clerk but rather was prepared by the parties. Although Texas Rule of Appellate Procedure 34.2 permits the parties to agree on the contents of the appellate record, the rule also provides that, "to request matter to be included in the agreed record, the parties must comply with the procedures in Rules 34.5 and 34.6." *See* TEX. R. APP. P. 34.2. Relevant to the clerk's record, rule 34.5 provides that "any party may file with the trial court clerk a written designation specifying items to be included in the record." *See id.* 34.5(b)(1). Rule 35.3, however, states that "the trial court clerk is responsible for preparing, certifying, and timely filing the clerk's record . . . ." TEX. R. APP. P. 35.3(a). Based on rules 34.2, 34.5, and 35.3, we **STRIKE** the parties' agreed clerk's record and **ORDER** the parties,

within ten days of the date of this order, to file with the trial court clerk a written designation specifying the items to be included in the record. *Id.* 34.2, 34.5. We further **ORDER** Collin County District Clerk Andrea Stroh Thompson to file, within ten days of the filing of the written designation and payment of the clerk's fee, a clerk's record containing the requested items. *See id.* 35.3(a). Upon filing of the clerk's record, the parties shall within 30 days amend their briefs to include appropriate citations to the clerk's record. TEX. R. APP. P. 38.1(d), (g), (i) . *We caution appellant that failure to file a properly certified clerk's record may result, without further order, in dismissal of the appeal for want of prosecution.*

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE